UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case No.: 0:21-cv-60180-WPD

GTH-DFW FUNDING LLC

    Plaintiff,

v.

M/Y BG, a 2009 ~76' Lazarra motoryacht with
Official Number 1258306, her engines, tender(s),
personal watercraft, tackle, apparel, furnishings
and appurtenances, whether onboard or not, *in rem*

    Defendant.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the bench trial conducted February 23, 2022. The Court announced its rulings in this matter on the record in open court at that hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, GTH-DFW FUNDING LLC ("Plaintiff") and against Defendant M/Y BG ("Defendant" or the "Vessel" or the *in rem* Defendant Vessel"). Plaintiff has a right to recover pursuant to the Plaintiff's First Preferred Ship's Mortgage against the *in rem* Defendant Vessel. *See* [DE 50] (Order on Plaintiff's Motion for Summary Judgment dated Dec. 7, 2021) (upholding Plaintiff's right to foreclose the Vessel).

2. The Court upholds its November 24, 2021 Omnibus Order Granting in Part and Denying in Part Plaintiff's Motion to Forfeit Deposit of Robert Burnley and to Confirm Plaintiff's Credit Bid. *See* [DE 47].

3. The Court confirms the sale of the Defendant Vessel, free and clear of all liens and encumbrances, to the Plaintiff based on its credit bid in the amount of $750,000.00. *See* [DE's 47, 50].

4. Pursuant to Local Admiralty Rule E(17)(d), Robert Burnley's deposit to the U.S. Marshal in connection with the sale of the Defendant Vessel in the amount of $77,500.00 was forfeited *See* [DE 47].

5. The balance of the deposit, after subtracting Marshal costs, is $65,252.06, which balance is presently in the Court registry. *See* [DE 59].

6. Pursuant to the parties' stipulation, the Clerk is **DIRECTED** to release the $65,252.06 from the Court registry to Plaintiff, without prejudice to the Court determining how that amount is credited.

7. The Clerk is **DIRECTED** to close this case.

8. The Court retains jurisdiction over any motions for fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of February, 2022.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record